**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 13106 |
| Ejaz Waheed and Sadia Ejaz, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

**NOTICE OF MOTION**

TO:  Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on December 2, 2021, at 1:30 p.m. I shall appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion to modify plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password**. The meeting ID for this hearing is 161 329 5276. Password – 433658. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

        The undersigned, an attorney, certifies that she transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on November 10, 2021.

/s/ *Megan Swenson*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625
mswenson@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-13106<br>Northern District of Illinois<br>Eastern Division<br>Wed Nov 10 10:10:43 CST 2021 | Consumers Cooperative Credit Union<br>Esp Kreuzer Cores LLP<br>400 S. County Farm Road<br>Suite 200<br>Wheaton, IL 60187-4547 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (p)ANDIGO CREDIT UNION<br>1501 E WOODFIELD ROAD SUITE 400W<br>SCHAUMBURG IL 60173-5419 |
| Art Van Furniture<br>15080 S La Grange Rd<br>Orland Park, IL 60462-3233 | (p)BAXTER CREDIT UNION<br>COLLECTION DEPARTMENT<br>PO BOX 8133<br>VERNON HILLS IL 60061-8133 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Consumers Cooperative Credit Union<br>Suc by merger to Andigo Credit Union<br>Esp Kreuzer Cores LLP<br>400 S County Farm Road Ste 200<br>Wheaton, IL 60187-4547 |
| Credit First<br>P.O. Box 8134<br>Cleveland, OH 44188-0001 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Discover Fin Svcs Llc<br>PO Box 3025<br>New Albany, OH 43054-3025 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding<br>C/O RESURGENT CAPI PO BOX 10497   MS<br>GREENVILLE, SC 29603-0497 |
| Lvnv Funding, Llc<br>P.O. Box 10587<br>C/O Resurgent Capital Systems<br>Greenville, SC 29603-0587 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Navy Fcu<br>One Security Place<br>Merrifield, VA 22119-0001 |
| Navy Federal Cr Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Nordstrom/Td Bank Usa<br>P.O. Box 6555<br>Englewood, CO 80155-6555 | (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sunrise Credit Service<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 | Syncb/Car Care Ziebart<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/ Amazon<br>P.O. Box 95016<br>Orlando, FL 32896-0001 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |

| | | |
|---|---|---|
| Td Bank Usa/Targetcred<br>PO Box 660170<br>Dallas, TX 75266-0170 | Td Retail Card Services C/O Creditors Bankru<br>P O Box 800849<br>Dallas, TX 75380-0849 | The Bank Of Missouri<br>P.O. Box 400<br>Dixon, MO 65459-0400 |
| The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348-5555 | United States Senate F<br>2750 Eisenhower Ave<br>Alexandria, VA 22314-4553 | Verizon<br>National Recovery<br>Po Box 26055<br>Minneapolis, MN 55426-0055 |
| Daniel Melfi<br>Semrad Law Firm<br>20 S. Clark St.<br>Chicago, IL 60603-1802 | Ejaz Waheed<br>8447 W Bryn Mawr Ave<br>Chicago, IL 60631-3412 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Sadia Ejaz<br>8447 W. Bryn Mawr<br>Chicago, IL 60631-3412 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Andigo Credit Union<br>1205 E Algonquin Rd<br>Schaumburg, IL 60196 | Baxter Credit Union<br>340 N Milwaukee Ave<br>Vernon Hills, IL 60061 | Capital One Bank Usa N<br>PO Box 85520<br>Richmond, VA 23285 |
| Department Stores National Bank<br>P.O. Box 4275<br>Norcross, GA 30091 | (d)Macys/Dsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Mission Lane/Bsb<br>P.O. Box 105286<br>Atlanta, GA 30304 |
| Pentagon Federal Credit Union<br>P O Box 1432<br>Alexandria, VA 22313 | Portfolio Recovery Associates<br>P.O. Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Amazon<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Art Van Furniture<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Barclaycard<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Pep Boys<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o SYNCHRONY BANK<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Sony<br>POB 41067<br>Norfolk VA 23541 |

| | | |
|---|---|---|
| (d)Portfolio Recovery Associates, LLC<br>c/o Synchrony Bank<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o WALMART CREDIT CARD<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Ziebart/Sycc<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20 B 13106 |
| Ejaz Waheed and Sadia Ejaz, | ) | |
| | ) | HON. Timothy A. Barnes |
| | ) | CHAPTER 13 |
| DEBTORS | ) | |

## MOTION TO MODIFY PLAN

NOW COME the Debtors, Ejaz Waheed and Sadia Ejaz, by and through Debtors' attorneys, The Semrad Law Firm, LLC hereby move this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On June 29, 2020, Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On September 3, 2020, this Honorable Court confirmed the Debtors' Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 50% of their allowed claims.

4. The Chapter 13 Plan requires the Debtors to make plan payments to the Chapter 13 Trustee in the amount of $1,750.00 monthly for 36 months.

5. Debtors' confirmed Chapter 13 plan requires the Debtors on or before April 20th of the year following the filing of the case and each year thereafter to submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtors are required to tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee.

6. Debtors have filed their 2020 Federal Income Tax Returns and received a Tax Refund in the amount of $7,215. Of this refund, $1,200.00 was for a recovery rebate credit.

7. Debtors are required to tender $4,815.00 from their Tax Refund to the Trustee.

8. That Debtors were several months behind on their rent.

9. Debtors used the Tax Refund to cure the default to their landlord, to avoid eviction. Please see attached Exhibit A.

10. Debtors can move forward with the plan if the 2020 Tax Refund is deferred to the end of the plan.

11. Debtors respectfully request this Honorable Court defer the 2020 Tax Refund to the end of the plan of reorganization.

12. Debtors are in a position to proceed with the instant case.

13. Debtors filed the instant case in good faith and intend to complete the plan of reorganization.

WHEREFORE, the Debtors pray this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the 2020 Tax Refund to the end of the Chapter 13 Plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Megan Swenson*
*Attorney for Debtors*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625